UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA GRACIA, individually and as successor-in-interest to LOUIE GRIJALVA IV,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, DAVID NAVARRO and DOES 1 through 6, inclusive,<br><br>Defendants. | Case No.  1:23-cv-01104-JLT-BAM (PC)<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE OF OCTOBER 23, 2023**<br><br>(Docs. 16, 17) |

On October 16, 2023, the parties filed a joint stipulation to continue the Scheduling Conference currently set for October 23, 2023. (Doc. 17.) The parties explain that plaintiff's counsel is unavailable due to court appearances and hearings scheduled on the same date in the Central District of California. Based on counsel's calendar conflict, the parties request that the Scheduling Conference be continued to November 20, 2023. (*Id.*)

Although the parties request that the conference be continued due to calendar conflicts, the Court notes that according to the record in this matter and the executed waivers of service, the deadline for defendants to file responsive pleadings is December 4, 2023. (*See* Docs. 12, 13.) The Court therefore finds it appropriate to continue the conference to a date after expiration of the

1

responsive pleading deadline.  Accordingly, the Scheduling Conference currently set for October 23, 2023, is HEREBY CONTINUED to **December 20, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:  **October 17, 2023**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE