UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA GRACIA, individually and as successor-in-interest to LOUIE GRIJALVA IV,<br><br>               Plaintiff,<br><br>        v.<br><br>COUNTY OF KERN, et al.,<br><br>               Defendants. | Case No.: 1:23-cv-01104-JLT-CDB (PC)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE**<br><br>(Doc. 67) |

On June 16, 2026, the parties filed a Stipulation to Dismiss Action Without Prejudice. (Doc. 67.) The stipulation is signed and dated by Jerry L. Steering, counsel for Plaintiff Carolina Gracia, and by Stephanie Virrey Gutcher, counsel for Defendants County of Kern and David Navarro. (*Id*.) It indicates that the parties stipulate to a dismissal of this action without prejudice to refiling Plaintiff's state law claims against the County of Kern in state court. (*Id*.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **June 17, 2026**

_____
UNITED STATES MAGISTRATE JUDGE